# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. KETROSER , <br><br>　　　　Plaintiff(s) <br><br> v. <br><br> SAFEWAY, INC. et al. , <br><br>　　　　Defendant(s) | Case No. C 19-03706-DMR <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  45  days.

Date: 1/17/2020

Signed: /s/ Irene Karbelashvili
　　　　　　Attorney for Plaintiff(s)

Signed: /s/ Tad Bell
　　　　　　Attorney for Defendant(s)

Signed: _____
　　　　　　Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*