**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DAVID B. KETROSER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID B. KETROSER,<br><br>               Plaintiff,<br><br>vs.<br><br>SAFEWAY INC. et al.<br><br>               Defendants. | Case No. 19-cv-03706-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

      Plaintiff David B. Ketroser ("Plaintiff ') and Defendant Safeway Inc. ("Defendant") stipulate and respectfully request pursuant to FRCP 41(a)(2) that this action dismissed in its entirety against all defendants with prejudice with each side bearing its own attorneys, fees, costs, and litigation expenses. The parties further stipulate that that this Court retain jurisdiction over enforcement of the terms of the settlement agreement in accordance with the provisions of General Order No. 56, if such enforcement is necessary.

Respectfully submitted,

Dated: February 15, 2020                  */s/ Irene Karbelashvili*
                                          Irene Karbelashvili, Attorney for Plaintiff
                                          DAVID KETROSER

Dated: February 27, 2020                  */s/ Theodore K. Bell*
                                          Theodore K. Bell, Attorney for Defendant
                                          SAFEWAY, INC.

## **Filer's Attestation**

I, Irene Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                                          */s/ Irene Karbelashvili*
                                          Irene Karbelashvili

## [PROPOSED] ORDER

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Dated: \_\_\_\_

_____
United States Magistrate Judge